# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN MASSA,<br><br>               Plaintiff<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 to 10,<br><br>               Defendants | Case No.: 3:22-cv-00243-ART-CLB<br><br>**ORDER APPRVOING**<br><br>**Stipulation for Voluntary Dismissal with Prejudice** |

Plaintiff Stephen Massa and defendant Ford Motor Company stipulate that any and all claims in the above matter are hereby settled and that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter should be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: November 10, 2022

CLINE APC

By: /s/ *Brian Kelly Cline*
    Brian Kelly Cline, Esq.
    Julian Daniel Lopez, Esq.
    Mark Anthony Johnson, Esq.
    7855 Ivanhoe Ave., Suite 408
    La Jolla, CA 92037

*Attorneys for Plaintiff*

Dated: November 10, 2022

SNELL & WILMER L.L.P.

By: /s/ *Christian P. Ogata*
    Dawn L. Davis, Esq.
    Christian P. Ogata, Esq.
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, Nevada 89169

*Attorneys for Ford Motor Company*

# ORDER

Based upon the parties' stipulation and good cause appearing, **IT IS THEREFORE ORDERED** that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 14, 2022